IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PREMIER PROTEINS, L.L.C., <br><br> Plaintiff, <br><br> vs. <br><br> GREG SEBEK, DAWN SEBEK, and H.I.T. 6T LIVESTOCK, INC., <br><br> Defendants. | 8:25CV24 <br><br><br> **SHOW CAUSE ORDER** |

This matter comes before the court after a review of the docket and pursuant to NECivR 41.2 which states in relevant part: "At any time, after appropriate notice, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution."

A complaint was filed on January 22, 2025 (Filing No. 1). On January 30, 2025, Plaintiff Premier Proteins, L.L.C. filed: a return of service indicating service on Greg Sebek on January 23, 2025 (Filing No. 8); a return of service indicating service on Dawn Sebek on January 23, 2025 (Filing No. 9); and a return of service indicating service on H.I.T. 6T Livestock, Inc., by serving Gregory Sebek, Registered Agent for H.I.T. 6T Livestock, Inc. on January 23, 2025 (Filing No. 10). No answer or other responsive pleading has been filed, and a review of the docket reveals this case has not otherwise progressed. Accordingly,

IT IS ORDERED that Plaintiff, Premier Proteins, L.L.C. shall have until May 27, 2025 to show cause why plaintiff's complaint should not be dismissed pursuant to NECivR. 41.2 for want of prosecution. The failure to timely comply with this order may result in dismissal of this complaint without further notice.

Dated this 5th day of May, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge